IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN SANCHEZ,

    Petitioner,                  No.  2:10-cv-2134 KJM CKD P

    vs.

GREG LEWIS,

    Respondent.                 ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a request to proceed in forma pauperis on appeal.  Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit.  Accordingly, IT IS HEREBY ORDERED that the request for leave to proceed in forma pauperis on appeal (Dkt. No. 28) is granted.  <u>See</u> 28 U.S.C.  § 1915(a).

Dated: October 30, 2012

                                        /s/ Carolyn K. Delaney
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

---

1
sanc2134.4a